# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY WOODS**, | : | CIVIL ACTION NO. 1:07-CV-0084 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CAPT. CHIARELLI, et al.**, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of April, 2007, upon consideration of plaintiff's motion for summary judgment (Doc. 19) and motion for default judgment (Doc. 18), it is hereby ORDERED that:

1. The motion for summary judgment (Doc. 19) is DENIED as premature.

2. The United States Marshal is directed to serve plaintiff's amended complaint (Doc. 15) and motion for default judgment (Doc. 18) on the named defendants.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge